John Schlabach
Box 362
Mead, Washington 99021
Johnjs53@yahoo.com
509-953-1060

# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| John Schlabach, | ) Case No.: |
| Petitioner, | ) |
| vs. | ) |
| United States, | ) PETITION TO QUASH SUMMONS |
| Respondent. | ) |

Comes now Petitioner John Schlabach, hereinafter "Schlabach", and moves this Court to Quash the IRS Summons, EXHIBIT A, issued by Derik Hudson of the Internal Revenue Service (IRS), to Chase Manhattan Bank and as grounds for this petition Petitioners would show the court as follows:

### JURISDICTION

This Court has jurisdiction over this action pursuant to Article III of the Constitution and 26 USC § 7609, 28 USC § 1331, § 1340, §1343(a)(3) and § 1346.

## PARTIES

Petitioner is a natural person, over the age of 18 and a citizen of Washington State for over 18 years, entitled to the protection of its laws and the laws of the United States of America. Petitioner is not a corporation or any other kind or sort of fictitious entity.

Chase Manhattan Bank, not a direct party to this action, is a third-party record keeper that maintains personal and financial information about Petitioner, which is being sought by Respondent, and is a resident of, or is found doing business in, this district.

On information and belief, Respondent United States is the federal government for the United States of America, which was created by the several States in 1787, a federal corporation pursuant to 28 U.S.C. § 3002(1 5)(A) and a foreign corporation with respect to the State of Washington pursuant to US. v. Perkins, 16 S. Ct. 1073, 163 U.S. 625, 41 L. Ed. 287 and C.J.S. 883.

On information and belief, the Internal Revenue Service is an agency of the Executive Branch of the United States and a division of the U.S. Department of the Treasury.

## STATEMENT OF CASE

Petitioner asserts that Derik Hudson, an IRS Agent, is unlawfully issuing this summons. To issue a Summons, there must be a tax liability.

Petitioner asserts that the summons is defective and unenforceable due to the Revenue Agent not following well-established procedures and regulations

Petitioner asserts that the revenue agent issuing the summons has already been denied this information at a summons enforcement hearing in Spokane Washington where the Court found that the summons was for an improper purpose.

The Court found that the summons could and may be being used to gather evidence for a criminal prosecution and therefore is improper.

Petitioner asserts that the IRS agent, knowing that the Court will find against him in the eastern district of Washington, has sent the summons to the bank in Baton Rouge instead of Spokane where petitioner lives and has for over 15 years.

Petitioner asserts that the agent is well aware of petitioner's residence status and knowingly sent the summons to this district to attempt to trick the court.

Petitioner asserts this is a case of federal court forum shopping by sending the summons to another district asking for the same information already asked for in a different federal court district.

Petitioner asserts the summons violates the Powell decision as it must be for a proper purpose and not to circumvent a federal court's findings.

**RELIEF REQUESTED**

Wherefore, Petitioner moves this Court to enter and Order Granting the Petition to Quash Summonses or, in the alternative, to schedule a hearing for this petition to be heard.

That this court order respondent to pay petitioner's costs and fees for this litigation.

Dated this _6_ day of February 2010

Respectfully submitted by;

_____
John Schlabach, Petitioner

# CERTIFICATE OF SERVICE

I, John Schlabach, do hereby certify and declare under penalties of perjury, under the laws of the United States of America that a true and correct copy of the foregoing Petition to Quash Summons, was served on the parties by certified / first class mall or by courier to the following persons at the addresses listed below:

Eric H. Holder, Jr., U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Assistant US Attorney General
David R. Dugas
Russell B. Long Federal Building
777 Florida Street Suite 208
Baton Rouge, LA 70801

Internal Revenue Service
Derik Hudson
920 W Riverside, Room 440
Spokane, WA 99201

Chase Manhattan Bank
Legal Department
451 Florida St, Ste B100
Baton Rouge, LA 70801

_____
John Schlabach, Petitioner



# Summons

In the matter of John Schlabach Social Security Number 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
Internal Revenue Service (Division): Small Business/Self Employed
Industry/Area (name or number): Western Area Examination
Periods: December 1, 2001 through January 31, 2004

## The Commissioner of Internal Revenue

To: Chase Manhattan Bank

At: 451 Florida Street, Baton Rouge, Louisiana 70801

You are hereby summoned and required to appear before Internal Revenue Service an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attached Summons Rider

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
920 West Riverside Ave., Room 440, Spokane, WA 99201   509-353-2589

**Place and time for appearance at** 920 West Riverside Ave., Room 440, Spokane, WA 99201

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

on the 22nd day of February, 2010 at 9 o'clock a.m.
Issued under authority of the Internal Revenue Code this 21st day of January, 2010.

Signature of issuing officer — Revenue Agent (Title)
Signature of approving officer (if applicable) — Exam Group Manager (Title)

Part C — to be given to noticee

ATTACHED SUMMONS RIDER
For:
Please call Revenue Agent Hudson @ (509) 353 2589 upon receipt of this summons.

Materials required for examination:

1. All bank records for the years 2002 through 2003 relating to all accounts in the name of and/or under the signatory control of taxpayer, including but not limited to:

    a. Account signature cards
    b. Bank statements
    c. Canceled checks (both sides) and debit memos
    d. Savings account ledger cards
    e. Deposit slips and deposit items
    f. Correspondence
    g. Escrow accounts

2. All bank records for the year 2002 through 2003 relating to loans made to or applied for by taxpayer, including but not limited to:

    a. Loan applications
    b. Financial statements
    c. Loan and credit files
    d. Correspondence

At this time I am requesting only items # 1 a b, and e, and #2 a & b above. You may be asked to provide the other materials at a later date.

Compliance with this summons will be satisfied by mailing photocopies of the requested information to the specified address by the stated date. It is not anticipated that information gathering or transmittal will be a lengthy or costly process. If you anticipate delays of more than 30 days or costs exceeding $250.00, please contact this office in advance.

Sincerely,

Derik Hudson
Internal Revenue Agent 1000461253

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
John Schlabach

(b) County of Residence of First Listed Plaintiff  Spokane, Washington
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
John Schlabach, Box 362, Mead, Wa. 99021 509-953-1060

## DEFENDANTS
United States

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 340 Marine / **PERSONAL PROPERTY** |  |  | ☐ 490 Cable/Sat TV |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) |  |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☒ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 7602
Brief description of cause: Petition to quash and IRS summons

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE 2-5-10
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____