John Schlabach
Box 362
Mead, Washington 99021
Johnjs53@yahoo.com
509-953-1060

# UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| John Schlabach,<br><br>    Petitioner,<br><br>vs.<br><br>United States,<br><br>    Respondent. | Case No.: 10-101-RET-CN<br><br>PETITIONERS MOTION TO EXTEND TIME TO REPLY TO RESPONDENTS RESPONSE |

Comes now Petitioner John Schlabach, hereinafter "Schlabach", and files this Motion to extend time to reply to respondents response.

This court granted an extension of time for the government to file their response to March 31, 2010.

Petitioner will be out of town from March 31 to April 17, 2010. This does not give Petitioner time to prepare a proper reply to Respondents response to the petition to quash.

CN

PETITIONERS MOTION TO EXTEND TIME TO REPLY TO RESPONDENTS RESPONSE- 1

Petitioner is not an attorney and it takes more time and research to prepare a proper reply to any response filed by the respondent.

Petitioner called the Respondents attorney, Katie Walsh, at 202-353-7205 and she stated the extension was fine with her.

Petitioner requests an extension of time to April 23rd to file his reply to respondent's response.

Dated this __25__ day of March 2010

Respectfully submitted by;

_____
John Schlabach, Petitioner

PETITIONERS MOTION TO EXTEND TIME TO REPLY TO RESPONDENTS RESPONSE- 2

# CERTIFICATE OF SERVICE

I, John Schlabach, do hereby certify and declare under penalties of perjury, under the laws of the United States of America that a true and correct copy of the foregoing PETITIONERS MOTION TO EXTEND TIME TO REPLY TO RESPONDENTS RESPONSE, was served on the parties by first class mail, email or by courier to the following persons at the addresses listed below:

U.S. Attorney General
Katie Walsh
U.S. Department of Justice
555 4th Street, NW Suite 6230
Washington, DC 20001
(Katherine.Walsh@usdoj.gov)

Assistant US Attorney General
John J Gaupp
Russell B. Long Federal Building
777 Florida Street Suite 208
Baton Rouge, LA 70801

_____
John Schlabach, Petitioner

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA

John Schlabach, ) Case No.: 10-101-RET-CN
      Petitioner, )
  vs. )
United States, )
      Respondent. )

# ORDER

This court is considering Petitioners Motion for an extension of time to reply to respondent's response.

Petitioner is requesting an extension of time to file a reply to the response, by respondent due on March 31, to the petition to quash summons, there being no objection, and for good cause shown.

IT IS ORDERED that the motion is granted and the deadline for petitioner to file a reply to the respondents response is hereby extended to April 23, 2010.

Baton Rouge, Louisiana this ___ day of _____, 2010.

                              CHRISTINE NOLAND, MAGISTRATE JUDGE