IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN SCHLABACH, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil No. 10-101-RET-CN |
| UNITED STATES, | ) ) ) | |
| Respondent. | ) | |

## DECLARATION OF DERIK HUDSON

I, Derik Hudson, hereby declare pursuant to Title 28 United States Code § 1746 as follows:

1. I am a duly commissioned Revenue Agent employed by the Small Business/Self-Employed Division of the Internal Revenue Service ("IRS") in Spokane, Washington. I have been a Revenue Agent since 2003. As a Revenue Agent, I am authorized to issue administrative summonses for documents and testimony in furtherance of civil tax examinations.

2. In February 2006, the IRS began investigating John Schlabach's unpaid federal income tax liabilities for tax years 2002 and 2003. Schlabach failed to file federal income tax returns for those years. I am currently assigned to investigate and determine Schlabach's tax liabilities, including determining his income for those years, pursuant to Section 6020(b) of the Internal Revenue Code.

3. The IRS investigation has determined that Mr. Schlabach prepared tax returns for numerous individuals during 2002 and 2003, but the IRS has not been able to locate any records of how much income he received for providing these services.

4. The IRS sought information concerning Mr. Schlabach's income for 2002 and

5327639.1

**Government Exhibit A**

2003 by various means. I searched for Mr. Schlabach's bank accounts, but was unable to locate any personal accounts. Earlier in the investigation, the IRS found numerous accounts from local Spokane banks in which Mr. Schlabach had signature authority, but those accounts reflected no personal income or expenses. I contacted utility companies to find out how Mr. Schlabach pays his bills in the hopes of locating a bank account but was unsuccessful as Mr. Schlabach paid those utilities with money orders or cash.

5. Revenue Agent Kate Lopez, who is conducting a separate investigation into Mr. Schlabach's activities as a tax scheme promoter, forwarded to me a 2007 check payable to Mr. Schlabach that was deposited into an account at Washington Mutual.[1]

6. Because I was unable to locate any of Mr. Schlabach's personal bank accounts, I issued the summons to Chase Manhattan Bank in order to identify the owner of the account into which the check was deposited and potentially locate unreported income.

7. On January 21, 2010, I issued an IRS administrative summons and served the summons, in accordance with 26 U.S.C. § 7603, by certified mail to Chase Manhattan Bank's legal department in Baton Rogue, Louisiana. A true and correct copy of the summons is attached as Exhibit 1. A true and correct copy of the executed Service of Summons, Notice and Recordkeeper Certificates is attached as Exhibit 2. I did not serve the summons on the local branch of the bank because Chase directed me to send the summons to the legal department. The summons lists the tax periods under investigation as December 1, 2001 through January 31,

---

[1] Washington Mutual Bank became JP Morgan Chase Bank in September 2008. Chase Manhattan Bank merged with J.P Morgan & Co. in 2000 and Chase became the commercial banking division of J.P. Morgan Chase. Thus the summons was issued to Chase Manhattan Bank as the consumer and commercial banking division of JP Morgan Chase.

2004. The summons rider requests information for tax years 2002 and 2003. I should have requested bank records for December 1, 2001 through January 31, 2004 and listed the periods under examination as 2002 and 2003.

8. On January 21, 2010, I sent notice of the summons by certified mail to Mr. Schlabach's last known address.

9. The appearance date on the summons was set for February 22, 2010, more than 23 days after service of the summons.

10. Chase has not complied with the summons as a result of Mr. Schlabach filing the petition to quash.

11. The information sought by the summons may be relevant to the investigation into Mr. Schlabach's federal income tax liabilities for the years 2002 and 2003.

12. All administrative steps required by the Internal Revenue Code for issuance of the summons have been followed.

13. The IRS has not referred the investigation of Mr. Schlabach's income tax liabilities to United States Department of Justice for criminal investigation or prosecution of Mr. Schlabach within the meaning of 26 U.S.C. § 7602(d)(2), nor has the Department of Justice made requests for any such information.

14. The documents and records sought by the summons are not in the IRS's possession.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on __3/31/2010__, 2010 in __Spokane__, WA.

_____
DERIK HUDSON
Revenue Agent
Internal Revenue Service



# Summons

In the matter of  John Schlabach Social Security Number 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
Internal Revenue Service (Division):  Small Business/Self Employed
Industry/Area (name or number):  Western Area Examination
Periods:  December 1, 2001 through January 31, 2004

## The Commissioner of Internal Revenue

To:  Chase Manhattan Bank
At:  451 Florida Street, Baton Rouge, Louisiana 70801

You are hereby summoned and required to appear before  Internal Revenue Service
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attached Summons Rider

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
920 West Riverside Ave., Room 440, Spokane, WA 99201   509-353-2589

Place and time for appearance at  920 West Riverside Ave., Room 440, Spokane, WA 99201

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039 (Rev. 12-2008)
Catalog Number 21405J

on the __22nd__ day of __February__, __2010__ at __9__ o'clock __a__ m.
Issued under authority of the Internal Revenue Code this __21st__ day of __January__, __2010__.

_signature_  Signature of issuing officer — Revenue Agent, Title
_signature_  Signature of approving officer (if applicable) — Exam Group Manager, Title

Original — to be kept by IRS

Government Exhibit 1

ATTACHED SUMMONS RIDER
For:
Please call Revenue Agent Hudson @ (509) 353 2589 upon receipt of this summons.

Materials required for examination:

1. All bank records for the years 2002 through 2003 relating to all accounts in the name of and/or under the signatory control of taxpayer, including but not limited to:

    a. Account signature cards
    b. Bank statements
    c. Canceled checks (both sides) and debit memos
    d. Savings account ledger cards
    e. Deposit slips and deposit items
    f. Correspondence
    g. Escrow accounts

2. All bank records for the year 2002 through 2003 relating to loans made to or applied for by taxpayer, including but not limited to:

    a. Loan applications
    b. Financial statements
    c. Loan and credit files
    d. Correspondence

At this time I am requesting only Items # 1 a b, and e, and #2 a & b above. You may be asked to provide the other materials at a later date.

Compliance with this summons will be satisfied by mailing photocopies of the requested information to the specified address by the stated date. It is not anticipated that information gathering or transmittal will be a lengthy or costly process. If you anticipate delays of more than 30 days or costs exceeding $250.00, please contact this office in advance.

Sincerely,

Derik Hudson
Internal Revenue Agent 1000461253



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 1/21/2010 | 1:00 PM |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____
Washington Mutual 451 Florida Street, Baton Rouge, Louisiana 70801

| Signature | Title |
|---|---|
| *Dick Hudson* | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 1/21/2010  Time: 1:00 PM

Name of Noticee: John Schlabach

Address of Noticee (if mailed): 3310 East Hastings Ave., Mead, WA 99021

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| *Dick Hudson* | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form 2039 (Rev. 12-2008)

Government Exhibit 2

# Summons



In the matter of  John Schlabach Social Security Number 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
Internal Revenue Service (Division):  Small Business/Self Employed
Industry/Area (name or number):  Western Area Examination
Periods:  December 1, 2001 through January 31, 2004

### The Commissioner of Internal Revenue

To:  Chase Manhattan Bank
At:  451 Florida Street, Baton Rouge, Louisiana 70801

You are hereby summoned and required to appear before  Internal Revenue Service
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attached Summons Rider

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
920 West Riverside Ave., Room 440, Spokane, WA 99201    509-353-2589

Place and time for appearance at  920 West Riverside Ave., Room 440, Spokane, WA 99201

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

on the __22nd__ day of __February__, __2010__ at __9__ o'clock __a__ m.
Issued under authority of the Internal Revenue Code this __21st__ day of __January__, __2010__

Signature of issuing officer — Revenue Agent / Title
Signature of approving officer (if applicable) — Exam Group Manager / Title

Part C — to be given to notice