

# Summons

In the matter of _____ John J. Schlabach, SSN# ·2218
Internal Revenue Service (Division): Small Business/Self Employed
Industry/Area (name or number): Western Area 11
Periods: For the periods ending December 31, 2001, December 31, 2002, December 31, 2003 December 31, 2004, December 31, 2005, December 31, 2006

**The Commissioner of Internal Revenue**

To: ____ John J. Schlabach
At: ____ 2505 E Lincoln Rd, Spokane, WA. 99217

You are hereby summoned and required to appear before __Kate Lopez, or her designee__ an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Please see attachment A to Form 2039, Summons, John Schlabach

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
_____ 1341 Fillmore St. No, Twin Falls, Idaho 83301   (208) 733-6560x223
Place and time for appearance at __920 Riverside (West) Ave., Exam Area, Spokane, WA 99201__
(Internal Revenue Service office)

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the __10th__ day of __July__ , __2007__ at __10__ o'clock __a__ m.
Issued under authority of the Internal Revenue Code this __20th__ day of __June__ , __2007__

_Signature of issuing officer_    Title
_Signature of approving officer (if applicable)_    Title: Group Manager

Original — to be kept by IRS

**Government Exhibit B**



# Summons

In the matter of __John J. Schlabach, SSN#(   -2218__
Internal Revenue Service (Division): __Small Business/Self Employed__
Industry/Area (name or number): __Western Area 11__
Periods: __For the periods ending December 31, 2001, December 31, 2002, December 31, 2003__
    __December 31, 2004, December 31, 2005, December 31, 2006__

### The Commissioner of Internal Revenue

To: __John J. Schlabach__
At: __2505 E Lincoln Rd, Spokane, WA. 99217__

You are hereby summoned and required to appear before __Kate Lopez, or her designee__
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Please see attachment A to Form 2039, Summons, John Schlabach

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_Signature of IRS officer serving the summons_    _Revenue Agent_ Title

Business address and telephone number of IRS officer before whom you are to appear:
__1341 Fillmore St. No, Twin Falls, Idaho 83301    (208) 733-6560x223__

Place and time for appearance at __920 Riverside (West) Ave., Exam Area, Spokane, WA. 99201__
    (Internal Revenue Service office)

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the __10th__ day of __July__, __2007__ at __10__ o'clock __a__ m.
Issued under authority of the Internal Revenue Code this __20th__ day of __June__ __2007__
                                                                              (year)

_Signature of issuing officer_    _Revenue Agent_ Title
_Signature of approving officer (if applicable)_    _Group Manager_ Title

Part A - to be given to person summoned

> **Attachment A to FORM 2039**
> **Summons**
> **John Schlabach**

# INSTRUCTIONS

### Time Period

EXCEPT WHERE OTHERWISE STATED, this summons pertains to documents created during the period from January 1, 2001, through date of compliance.

### Testimony Required

In addition to providing the requested documents, in responding to this Summons, you are required to appear on the date and time set forth on the Form 2039.

### Diligent Search

In responding to this Summons, you are required to make a diligent search of your records and documents and furnish all requested documents that are in your possession or control, or subject to your reasonable inquiry. This includes documents in the possession of attorneys, accountants, affiliates, advisors, agents, contractors, representatives, or other persons directly or indirectly employed by you, hired by you, or connected with you or your representatives, and anyone else otherwise subject to your control. In responding to the document requests, you are only required to produce a document one time. However, if a document has any change, notation, and/or modification, you are required to produce it. Each non-identical copy is a separate "document." Further, you are required to make a reasonable inquiry and obtain readily ascertainable information.

### Organization of Materials Produced

Each summoned item should be separately answered. That is, the material provided should be organized and identified to correspond to a numbered summons request. If a document is responsive to more than one request, you need not provide it in response to each request, if you supply a complete and legible copy in response to the first request to which the document is responsive and in response to each subsequent request to which the document is responsive, identify the document and specify the request in response to which the document has been provided.

### Copies

You may provide copies if the Service is allowed to keep the copies. Otherwise, originals are required so that they may be copied.

1

## Privilege

If any documents are withheld on grounds of privilege, provide the privilege logs and state with respect to each document withheld:

1. The name and title of the author;
2. The date of the document;
3. The names and titles of the addressees and of all recipients of the documents and/or copies thereof;
4. The subject matter of the document;
5. The privilege or protection claimed; and
6. The number of the request to which the production of the document would otherwise be responsive.

## Questions

If you have any questions about this document, please call Kate Lopez, Revenue Agent, at 208-733-6560.

# DEFINITIONS

1. As used herein, in addition to any other items specified below, the term "document" whether in the singular or plural, is used in the broadest sense and refers to any means of preserving thought or expression. The term "document" includes, without limitation, any written, typed, photocopied, photographed, recorded, mechanical, or electronic reproduction of communications or representations, whether comprised of letters, words, numbers, pictures, sounds, symbols, computer data, or any combination thereof. Where any of the foregoing items contains any marking not appearing on the original or is altered from the original, then such item shall be considered to be a separate original document. The term "document" also includes, without limitation and for purposes of illustration only:

    a. Contracts, agreements, plans, term sheets, summaries, opinions, studies, reports, schedules, work papers, computations, appointment calendars, telegrams, communications, memoranda, minutes, notes, comments, messages, telexes, telegrams, teletypes, cables, facsimiles, or other written notes or communications, books, graphs, printed matter, outlines of oral presentations, and all financial records, and any other writing, bulletins, announcements, press releases, brochures, notices of meetings, agendas, attendance lists, manuals, and journal entries, and alterations or modifications of the foregoing;
    b. Items designated as internal, confidential, private, or not to be disclosed;
    c. All electronic mail (e-mail) and attachments thereto, whether in a computer disk and/or any other system or device which saves historical e-mails; and
    d. Video and/or audiotapes, cassettes, films, microfilm, computer files in any format, computer disks, and computer and software programs.

2. "You" means John Schlabach.

3. "Related entity" means all entities, including but not limited to: corporations, partnerships, associations, limited liability companies, trusts, estates, which John Schlabach, directly or indirectly, owns or controls.

4. "Person" means any natural person, proprietorship, corporation, association, organization, joint venture, or other entity.

# DOCUMENTS REQUESTED

1. All documents that identify names and addresses of persons or entities to which you provided tax preparation advice or services including but not limited to documents identifying:

    (a) Purchasers of any tax shelter or arrangement, plan, or promotion offered to reduce tax liabilities;
    (b) Persons who you assisted in creating Unincorporated Business Organizations (UBO) trusts or any other trust.

2. All applications, contracts, and invoices with respect to persons or entities identified in request 1 above.

3. Copies of all tax returns prepared or reviewed by you whether or not your name is included on the tax return as the preparer.

4. All documents that identify persons or entities you or your related entities assisted in purchasing or forming domestic or foreign entities including trusts, corporations, foundations, or any other type of entity.

5. All documents including, but not limited to, promotional materials, advertisements, marketing materials, brochures, or correspondence containing statements concerning the allowance of credits or deductions, or other tax benefits obtainable through participation in any arrangement promoted or offered by you or your related entities.

6. All electronically stored information including but not limited to email, videotapes, compact discs, audiotapes containing statements concerning the allowance of credits or deductions, or other tax benefits obtainable through participation in any arrangement promoted or offered by you or your related entities.

7. All documents for your financial accounts including but not limited to bank statements, deposit slips, debit/credit memos and cancelled checks. The accounts to include, but not be limited to, are all U.S. and foreign checking, savings, brokerage, or other financial accounts open at any time during the period January 1, 2001, through the present.

8. All documents for financial accounts of your related entities and all other entities for which you have signature authority including but not limited to bank statements, deposit slips, debit/credit memos and cancelled checks. The accounts to include, but not be limited to, are all U.S. and foreign checking, savings, brokerage, or other financial accounts open at any time during the period January 1, 2001, through the present.

9. All documents related to the formation of your related entities including articles of incorporation, operating agreements, and partnership agreements.

10. All accounting books and records, and related documents for your financial activities. Records to include, but not limited to, check registers, disbursements journals, receipts journals, general ledger, and other workpapers used in the preparation of your tax return(s) or financial statement(s).

11. All accounting books and records for your related entities' financial activities. Records to include, but not limited to, check registers, disbursements journals, receipts journals, general ledger, and other workpapers used in the preparation of tax return(s) or financial statement(s).

12. All documents describing or defining the relationship between you or your related entities and other persons, organizations, or entities that you provided financial or tax advice. Documents to include, but not limited to, engagement letters, confidentiality agreements, nondisclosure agreements, and fee sharing agreements.

5



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: June 26th 2007    Time: 1:42

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): Son (Joey)

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

Signature: Dick Hudson    Title: Revenue Agent

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: June 26th 2007    Time: 1:42

Name of Noticee: John J Schlabach

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☒ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any). TP's Son

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

Signature: Dick Hudson    Title: Revenue Agent

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: Dick Hudson    Title: Revenue Agent

Form 2039 (Rev. 12-2001)